# Phillip Mahony, Esq.

Steinway Law Offices
21-83 Steinway Street | Astoria, NY 11105
Phone: 917-414-6795 | Fax: 844-269-2809
phill@mahonylaw.com
www.mahonylaw.com

---

To:
Hon. Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Seterus Loan # XXXX3627
**Loss Mitigation Status Letter**

December 16, 2018

Dear Hon. Judge Stong,

On October 25, 2018, an order was filed directing the Debtor and Seterus, Inc. to participate in the court's loss mitigation program regarding the above-captioned Seterus loan. EDNY General Order No. 582 requires that creditors participating in the loss mitigation program provide written notice to the Debtor of the name, address and direct telephone number of the contact person with authority to act on the Creditor's behalf. We have not received such notice from the Creditor. On this date, the undersigned mailed a letter to Mr. Danny Tye, Counsel for Seterus, Inc. requesting contact information for local counsel handling this matter. A copy of the letter is attached.

Sincerely,

*/s/ Phillip Mahony*
Phillip Mahony, Esq.

# Phillip Mahony, Esq.

Steinway Law Offices
21-83 Steinway Street | Astoria, NY 11105
Phone: 917-414-6795 | Fax: 844-269-2809
phill@mahonylaw.com
www.mahonylaw.com

---

Mr. Danny Tye
In-House Counsel
Seterus, Inc.
14523 SW Millikan Way
Beaverton, OR 97005

Subject:
Dario Cordero
148-37 Weller Lane
Rosedale NY 11422
Bankruptcy Case #18-45217-ess. (EDNY)
Seterus Loan # 26433627

**<u>Requesting local counsel contact for bankruptcy matter</u>**

Greetings Mr. Tye,

I represent Dario Cordero, who filed a bankruptcy petition in the Eastern District of New York Bankruptcy Court on September 12, 2018. On October 25, 2018, Judge Elizabeth S. Stong filed an order directing the Debtor and Chase to participate in the court's loss mitigation program regarding the above-captioned loan. EDNY General Order No. 582 requires that creditors participating in the loss mitigation program provide written notice to the Debtor of the name, address and direct telephone number of the contact person with authority to act on the Creditor's behalf. We have not received such notice.

Please provide the contact information for local counsel assigned to this matter so that we can move forward with this loss mitigation.

Sincerely,

*/s/ Phillip Mahony*
Phillip Mahony