# Phillip Mahony, Esq.

Steinway Law Offices
21-83 Steinway Street | Astoria, NY 11105
Phone: 917-414-6795 | Fax: 844-269-2809
phill@mahonylaw.com
www.mahonylaw.com

---

To:
Hon. Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Cordero EDNY 18-45217
**Loss Mitigation Status Letter**

January 4, 2019

Dear Hon. Judge Stong,

As of this date we still have not been contacted by Seterus Bank, the mortgagee, or their counsel so that we can move ahead with this loss mitigation process. On December 16, the undersigned mailed a letter to Mr. Danny Tye, Counsel for Seterus, Inc. requesting contact information for local counsel handling this matter. On this date the undersigned followed up by emailing the creditor at an email address that appeared on a monthly mortgage bill that was provided by the client – externalcommunications@seterus.com. I will keep the court apprised of developments.

Sincerely,

*/s/ Phillip Mahony*
Phillip Mahony, Esq.

Phillip Mahony, Esq.

Bankruptcy - Foreclosure - Debt Settlement - Litigation