UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re:                                                                  Case No.
                                                                              Chapter



                                      Debtor(s)
-----------------------------------------------x

## LOSS MITIGATION FINAL REPORT

**Name of Lender**: _____

**Property Address**: _____

**Last Four Digits of Account Number of Loan**: _____

**File Date of Request for Loss Mitigation**: ___/___/_____

**Date of Entry of Order Granting Loss Mitigation**: _____

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes        ____ No

   *The use of the Court's Loss Mitigation Procedures has resulted in the following (please check appropriate the box below):*

☐     Loan modification.

☐     Loan refinance.

☐     Forbearance

☐     Short sale.

☐     Surrender of property.

☐     No agreement has been reached.

☐     Other:  _____
                    _____
                    _____
                    _____


**Dated**: _____                **Signature**: _____