UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:                                                       Chapter    13

Dario Cordero                                         Case No. 18-45217

                              Debtor(s)
------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with  respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

148-37 Weller Lane; Rosedale NY 11422
_____
*[Identify the Property]*
6035
_____
*[Last 4 Digits of Loan Number]*
Specialized Loan Servicing; 8742 Lucent Blvd.; Ste 300; Highlands Ranch, CO; 80129
_____
*[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.


Sign: /s/ Dario Cordero_____    Date: _March 10_____, 20_19_____

Print Name: _Dario Cordero_____
*[First and Last Name]*
Telephone Number: _917-414-6795 (Attorney)_____
*[i.e. 999-999-9999]*
E-mail Address [if any]: _Phill@mahonvlaw.com_____