# Phillip Mahony, Esq.

**Bankruptcy - Foreclosure - Debt Settlement**
36-27 36th Street, Astoria NY 11106
Phone: 917-414-6795
Fax: 844-269-2809
mahonylaw@outlook.com
www.mahonylaw.com

---

To:
Hon. Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re:
Dario Cordero
18-45217

September 18, 2019

**Loss Mitigation Status Letter**

Dear Judge Stong,

On June 14, 2019, as directed on the loan modification application form, the undersigned emailed the Debtor's loan modification application to nybk@km-law.com and Annette.Heebner@sls.net.

On July 12, 2019, creditor's counsel forwarded a letter to the undersigned requesting additional documents.

On this date the undersigned forwarded to debtor's counsel bank statements, a signed letter of employment from Debtor's job and an income letter for Debtor's spouse. The Debtor is expected to forward the remainder of the requested documents shortly.

Sincerely,

*/s/ Phillip Mahony*
Phillip Mahony